[No. 22912-9-II.   Division Two.   March 26, 1999.]

STANLEY STEARNS, ET AL., *Appellants*, v. THE CITY OF GIG HARBOR, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09000-5, Karen L. Strombom, J., entered June 6, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 23009-7-II.   Division Two.   March 26, 1999.]

DANIEL F. GULLION, *Appellant*, v. LEONARD A. FLATRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-05131-1, Thomas P. Larkin, J., entered February 25, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 39693-5-I.   Division One.   March 29, 1999.]

DAVID M. ABERCROMBIE, ET AL., *Respondents*, v. WINMAR PACIFIC, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-14782-7, Laura Inveen, J., entered October 15 and December 19, 1996, and February 17, 1997. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, J., Baker, J., concurring separately.

[No. 41093-8-I.   Division One.   March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WYATT T. DuFAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00221-7, David A. Nichols, J., entered July 1, 1997. *Affirmed* by unpublished per curiam opinion.